**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Ferreras DAVID,**
**Defendant–Appellant.**

No. 09–10373.

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.\*

Filed July 21, 2010.

Karon Virginia Johnson, Esquire, Assistant U.S., USHA–Office of the U.S. Attorney, Hagatna, GU, for Plaintiff–Appellee.

Richard P. Arens, Senior Litigation, Office of the Federal Public Defender, Mongmong, GU, for Defendant–Appellant.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

### MEMORANDUM \*\*

Richard Ferreras David appeals from the 108–month sentence imposed following

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

his guilty-plea conviction for importation of methamphetamine hydrochloride (ice), in violation of 21 U.S.C. §§ 952(a) and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

David contends the district court procedurally erred by failing to adequately consider his argument that the two-level enhancement for importation of methamphetamine under U.S.S.G. § 2D1.1(b)(4) created an unwarranted sentencing disparity among similarly situated defendants. The record reflects that the district court listened to the parties' arguments and did not otherwise procedurally err. *See United States v. Carty,* 520 F.3d 984, 995 (9th Cir.2008) (en banc).

David further contends his sentence is substantively unreasonable because the importation enhancement is arbitrary, does not properly reflect the 18 U.S.C. § 3553(a) factors, and unfairly overstates his offense conduct. In light of the totality of the circumstances and the § 3553(a) sentencing factors, the sentence is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *Carty,* 520 F.3d at 993.

**AFFIRMED.**

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.